IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-139-FDW-DCK

| | |
|---|---|
| VERA KNOWLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE FARM FIRE AND CASUALTY COMPANY, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have submitted a request for a telephone conference regarding a discovery dispute pursuant to the "Case Management Order" (Document No. 11, pp. 4-5) in this case. The undersigned has agreed to hold a call on Monday, November 28, 2022, at 2:00 p.m.

Plaintiff Vera Knowlin is directed to participate in the telephone conference. Failure to appear for the telephone conference may result in sanctions.

**IT IS, THEREFORE, ORDERED** that the undersigned will hold a telephonic discovery conference call on **November 28, 2022, at 2:00 p.m**. The parties are respectfully advised to call the undersigned's conference line phone number 888-808-6929, using access code 7044531.

**IT IS FURTHER ORDERED** that the Clerk's Office shall send a copy of this Order <u>and</u> Document No. 17 to Plaintiff's last known address via certified mail, return receipt requested: Vera Knowlin, 9521 Shannon Green Drive, Huntersville, North Carolina 28213. The Clerk's Office shall also email Plaintiff a copy of this Order and Document No. 17 at both vefrask2019@gmail.com and knowlfras2019@gmail.com.

**SO ORDERED**.

Signed: November 17, 2022

David C. Keesler
United States Magistrate Judge