IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-139-FDW-DCK

| | |
|---|---|
| VERA KNOWLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, F. Lane Williamson, filed a "Certification Of Mediation Session" (Document No. 20) notifying the Court that the parties reached a settlement on December 5, 2022. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 5, 2023**.

**SO ORDERED**.

Signed: December 6, 2022

David C. Keesler
United States Magistrate Judge